1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
- - - - - - - - - - - - - - - - - x
BOARD OF TRUSTEES, SHEET METAL
WORKERS' NATIONAL PENSION FUND,

                 Plaintiff,

     - against -                    CASE NO.
                                    1:13-cv-958
                                    (AJT)(FJA)
COOL SHEETMETAL, INC., THOMAS
RAMMELKAMP, and ALL AROUND
SPIRAL, INC.,

                 Defendants.
- - - - - - - - - - - - - - - - - x
```

614 Hempstead Gardens Drive
West Hempstead, New York

June 12, 2015
1:40 p.m.

DEPOSITION OF ALL AROUND SPIRAL, INC., a Defendant herein, BY ASHLEY KERN, taken by the Plaintiff, held at the above-noted time and place, before a Notary Public of the State of New York.



800.DAL.8779
dalcoreporting.com
DALCO

20                    **ASHLEY KERN**

```
 1        Q      So Sharon and Richard have been
 2   managers from Cool to All Around to Allure?
 3        A      Yes.
 4        Q      And what about yourself, would you
 5   describe your role as constant over that time?
 6               MR. MILMAN:  Don't worry about what
 7        they say.
 8        A      I'm sorry, your question?
 9        Q      Would you describe your role as
10   changing from -- let me rephrase.
11               From the time you began working at
12   Cool until the time you are working now at Allure,
13   has your role changed?
14        A      Yes.
15        Q      Do you consider yourself to have
16   more managerial role now than you did in 2008?
17        A      Yes.
18        Q      Do you have the ability to hire and
19   fire people?
20        A      Yes.
21        Q      And have you ever hired someone?
22        A      Yes.
23        Q      And have you ever fired someone?
24        A      Unfortunately, yes.
```



```
 1   All Around and Cool Sheet Metal."  So as a
 2   bookkeeper, do you recall instances where All
 3   Around had a contract or agreement with Cool?
 4        A     Not that I know of.
 5        Q     Did Cool ever work as a
 6   subcontractor or vice versa?
 7        A     I really don't know.
 8        Q     And there were periods of time where
 9   All Around was given checks to Cool, right?
10        A     Yes.
11        Q     Did you assist in preparing those
12   checks?
13        A     Yes.
14        Q     Do you remember what those checks
15   were for?
16        A     Probably bailing Cool out when it
17   started having problems.
18        Q     Do you know if there was ever any
19   agreements to go with those checks?
20        A     No.
21        Q     Did All Around expect to get paid
22   back?
23        A     I don't know.
24        Q     Interrogatory number 3.
```



```
 1        record for a second?
 2              (Whereupon, a discussion was held
 3        off the record.)
 4        Q     So to the best of your knowledge, is
 5  everyone on this list at one point a Cool
 6  employee?
 7        A     I would say yes.
 8        Q     So these individuals worked at Cool
 9  and then worked at All Around?
10        A     Correct.
11        Q     Okay.  So we can skip going through
12  one by one that way.  And let's do this one
13  quickly.  This is interrogatory number 16.  We
14  don't need to make this into a marathon.  This is
15  a stack, so we can do this in one question or
16  individually.  I'll tell you what I mean by that.
17              MR. MOHL:  We can call this 23.
18              (Whereupon, the requested document
19        was marked as Plaintiff's Exhibit 23, for
20        identification, as of this date.)
21        Q     So this document is payroll from All
22  Around Spiral.  It was produced as part of a
23  separate lawsuit for Lincoln Distributions, but
24  they are related.  What I would like to ask you
```

